LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@toddflaw.com.com
21031 Ventura Blvd., Suite 340
Woodland Hills, CA 91364
Telephone: (323) 306-4234
Facsimile: (866) 633-0228
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVE VACCARO, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> KREATION JUICERY, INC.; DOES 1-10 Inclusive, <br><br> Defendant. | Case No. 2:23-cv-09874-MRA-MRW <br><br> **NOTICE OF SETTLEMENT** |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled on an individual basis. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Voluntary Notice of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 8th day of March, 2024.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Settlement - 1

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On March 8, 2024, I electronically filed with the Court through its CM/ECF program and served a true copy through the same program the following documents: **NOTICE OF SETTLEMENT**
on the interested parties in said case as follows:

[x]     ELECTRONICALLY, Pursuant to the CM/ECF system, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an email notification of the filing to the parties and counsel of record listed above who are registered with the Court's CM/ECF system.

Place of Filing: 21031 Ventura Blvd., Suite 340, Woodland Hills, CA 91364.

Executed on March 8, 2024, at Woodland Hills, CA

[x] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By: s/ Todd M. Friedman
       Todd M. Friedman