Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd, Suite 340
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVE VACCARO, individually and on behalf of all others similarly situated, | Case No. 2:23-cv-09874-MRA-MRW |
| | **Hon. Mónica Ramírez Almadani** |
| Plaintiff, | |
| v. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| KREATION JUICERY, INC.; DOES 1-10 Inclusive, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, by and through their undersigned counsel, that pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

///

Respectfully submitted June 13, 2024

By: /s/ Todd M. Friedman
Todd M. Friedman
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiffs

By: /s/ Cecilia Chung
    Cecilia Chung, Esq.
    Newman LLP
    Attorney for Defendant

**Signature Certification**

    Pursuant to Local Rule 5-4.3.4, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained her authorization to affix her electronic signature to this document.

Dated: June 13, 2024

    LAW OFFICES OF TODD M. FRIEDMAN, P.C.

    By:   /s/ Todd M. Friedman
           Todd M. Friedman, Esq.

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On June 13, 2024, I served a true copy of the Stipulation to Dismiss on all counsel of record via the ECF Filing System:

Executed on June 13, 2024.

[X] I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By:    /s/ Todd M. Friedman
       Todd M. Friedman, Esq.
       Attorney for Plaintiffs